# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2343

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Western District of Missouri. |
| | * | |
| Diante L. Broadway, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: August 28, 2009
Filed: September 2, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Diante L. Broadway appeals the fifty-two-month sentence that the District Court[1] imposed after granting the government's postjudgment motion under Rule 35(b) of the Federal Rules of Criminal Procedure to reduce Broadway's sentence based on substantial assistance.

This court lacks jurisdiction to review Broadway's sentence. See United States v. Haskins, 479 F.3d 955, 957 (8th Cir. 2007) (per curiam) (dismissing appeal where

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

court lacked jurisdiction under 18 U.S.C. § 3742(a) to review a Rule 35(b) sentence reduction). Accordingly, we grant counsel's motion to withdraw, and we dismiss for lack of jurisdiction.

_____